## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Case No.  03-503-GPM |
| | ) |
| MR. WALLS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**FRAZIER, Magistrate Judge:**

Before the Court are motions to dismiss filed by defendant R. Schultz and defendant G.T. Burrows (Doc. Nos. 33, 41). These motions are supported by material outside of the pleadings. These motion will be treated as motions for summary judgment and disposed of as provided in Rule 56 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 12(b).

Because plaintiff is proceeding without counsel, he is NOTIFIED that any fact asserted in the materials submitted will be accepted by the Court as being true unless plaintiff submits his own affidavits or other documents controverting the assertions or otherwise raises a question of fact which would preclude summary judgment. A copy of Rule 56 of the Federal Rules of Civil Procedure is attached to this Order. Plaintiff is DIRECTED to review that rule and is ADVISED that his failure to respond to the motion with affidavits or other evidence might be fatal to his claims against defendants R. Schultz and G.T. Burrows.

IT IS ORDERED that all parties may file documents, affidavits, and other materials in support of or in response to the motions for summary judgment on or before April 10, 2006.

IT IS FURTHER ORDERED that the following discovery schedule shall apply in this case:

(1). All discovery shall be completed by September 22, 2006.

(2). Any additional dispositive motions shall be filed by October 20, 2006.

(3). Leave to depose the plaintiff is GRANTED on the condition that prior arrangements be made with the warden at the institution where plaintiff is confined. All depositions shall be completed before the close of discovery.

(4). Plaintiff is to advise the Court and opposing counsel of any change in his mailing address within 7 days of the address change. Failure to do so will result in sanctions which may include dismissal.

**SO ORDERED:**   <u>**March 10, 2006**</u>   .


<u>*s/Philip M. Frazier*</u>
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**