IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 03-503-GPM |
| | ) |
| DONALD SNYDER, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for default judgment as to defendant Anyanwu (Doc. No. 251). Defendant Anyanwu was served with process on November 14, 2006. He filed a motion to dismiss, which remains pending at this time. Plaintiff's motion seeking entry of default was denied, and defendant Anyanwu's Answer is on file.

One of the prerequisites to obtaining default judgment pursuant to Rule 55 is that there must be an entry of default. The entry of default serves as interlocutory recognition that a particular party has failed to plead or defend against a pleading in compliance with procedural rules. Defendant Anyanwu's default has not been entered, and default judgment is not appropriate.

IT IS RECOMMENDED that plaintiff's motion for default judgment as to defendant Anyanwu (Doc. No. 251) be DENIED.

**SUBMITTED:** __March 21, 2007__ .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**